# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| LARRY THOMAS O'BRIEN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV410-103<br>) |
| JUDGE CARSON DANE<br>PERKINS, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Civil rights plaintiff Larry Thomas O'Brien has submitted for filing a civil rights complaint arising from Lanier, County, Georgia. Doc. 1. Because his claims arise from events that transpired in Lanier County and the defendants are located there, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90 (establishing districts and divisions for Georgia's federal courts). Accordingly, this case should be transferred to the Middle District of

Georgia for all further proceedings.

**SO REPORTED AND RECOMMENDED** this 10th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA